# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ronald Pree, | CASE NUMBER: |
|---|---|
| Plaintiff, | CV 18-9277 DSF (SS) |
| v. | |
| Jim McDonnell, | **ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE** |
| Defendant(s). | |

On November 6, 2018, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend. Plaintiff was advised to resubmit the Request to Proceed Without Prepayment of Filing Fees and Complaint with a certified copy of the Trust Account Statement and Disbursement Authorization within 30 days, and failure to do so would result in closure of the case.

Plaintiff has failed to submit a timely response. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

IT IS ORDERED.

DATED: December 11, 2018

*Dale S. Fischer*
United States District Judge

Presented by:

/S/ Suzanne H. Segal
United States Magistrate Judge